ADELE M. O'KEEFE v. MARTHA R. FRENCH.— Motion for leave to appeal to

the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.